UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| HANH M. LY, | ) | Civil No.: 3:17-cv-01613-JE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER, SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff, Hanh M. Ly, moved the Court to award her $5,808.96 in attorney's fees and

$19.77 in expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and

$400.00 in costs under the 28 U.S.C. §§ 2412(a) and 1920. (Doc. 23 at 5.) Defendant,

Commissioner of Social Security, filed a response stating that he has no objection to Plaintiff's

motion and will defer to the Court's assessment of the matter. (Doc. 24 at 1-2 & n.1.) The Court

having considered Plaintiff's motion and the Defendant's response thereto,

HEREBY ORDERS that

Plaintiff is awarded $5,808.96 in attorney's fees and $19.77 in expenses under the EAJA, 28

U.S.C. § 2412(d) and $400.00 in costs under the 28 U.S.C. §§ 2412(a)  and 1920.


DATED this  12th   day of  February    2020


_____/s/ John Jelderks_____


SUBMITTED BY:

ROBERT A. FRIEDMAN, WSBA 7625
Robert A Friedman & Associates, P.S.
113 Cherry St. Suite 57164
Seattle, WA 98104-2205
425-252-5551
Fax: 425-259-7111
Email: robertf@rafalaw.com

Attorney for Plaintiff, Hanh M. Ly
(Admitted Pro Hac Vice)